UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT HENLEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:15CV448 RLW |
| | ) |
| JAY CASSADY, | ) |
| | ) |
| Respondent, | ) |

**MEMORANDUM AND ORDER**

Scott Henley has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, the petition does not state any grounds for relief. Under § 2254, Rule 2(c), a petition must specify the grounds for relief and state the facts supporting each ground. Under § 2254, Rule 4, the Court must dismiss a habeas action if it is plain that the petitioner is not entitled to relief.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

Dated this 19th Day of March, 2015.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE